**LAW OFFICE OF EDUARDO J. CELAYA, PLLC**
Eduardo J. Celaya #014747
2942 N. 24TH Street, Suite 114
Phoenix, Arizona 85016
Phone (602) 281-4547
Fax (602) 424-5757
celayalaw@gmail.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valerie Hieb,<br><br>    Plaintiff,<br><br>v.<br><br>Midland Funding LLC, an Arizona L.L.C.; and Bank of America, N.A.,<br><br>    Defendants. | Case No.: 3:09-CV-08122-GMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

   The Plaintiff, Valerie Hieb, by and through her counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) files this voluntary dismissal stating the following:

   The parties have reached a settlement on all claims regarding the above-referenced matter. Therefore, Plaintiff agrees to dismiss her lawsuit against the Defendants, with prejudice.

1

Respectfully submitted this 14th day of October, 2009.

**LAW OFFICE OF EDUARDO J. CELAYA, PLLC**

s/<u>*Eduardo J. Celaya*</u>
Eduardo J. Celaya
2942 N. 24TH Street, Suite 114
Phoenix, Arizona 85016
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2009, I electronically filed the foregoing Plaintiff's Notice of Voluntary Dismissal with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification to the attorney(s) of record for the Defendants:

s/<u>*Eduardo J. Celaya*</u>
Eduardo J. Celaya
2942 N. 24TH Street, Suite 114
Phoenix, Arizona 85016
Attorney for Plaintiff